IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SABRINA ANDERSON                                                        PLAINTIFF

V.                        NO. 5:19-CV-00328-BRW

TIMOTHY LEARNARD, *et al*.                                   DEFENDANTS

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of October, 2019.

                                                    Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE